| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 6:10-bk-23151-PC |
|---|---|
| In re<br><br>Urbano Quinones<br>Silvia Quinones<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Urbano Quinones & Silvia Quinones *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on  4/30/2010  .

2. I am the owner of real property[1] at the following street address:

    **5245 Saddleback St**

    **Montclair, Ca 91763**                                                                                             (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **Bank of America** .

    b. Second deed of trust in favor of **Bank of America (Lam Motion)** *(if applicable).*

    c. Third deed of trust in favor of **Central Village (Lam Motion)** *(if applicable).*

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Urbano Quinones<br>Silvia Quinones<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 6:10-bk-23151-PC |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bank of America<br>PO BOX 60456<br>Los Angeles, CA 90060 | $2,704.00 | 1-15th May 2010 | 05/03/2010 |
|  | $2,704.66 | 1-15th June 2010 | 06/01/2010 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009  F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Urbano Quinones<br>Silvia Quinones<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 6:10-bk-23151-PC |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  July 12, 2010          Signature  *Urbano Quinones*
                                        Urbano Quinones
                                        Debtor

Date  July 12, 2010          Signature  *Silvia Quinones*
                                        Silvia Quinones
                                        Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In Re:<br><br>Urbano Quinones and Silvia Quinones<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 6:10-bk-23151-PC<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Urbano Quinones and Silvia Quinones, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On June 01, 2010 I purchased and sent the mortgage payment $2,704.66 to my lender Bank of America, to the following address: Po Box 60456 Los Angeles, Ca 90060. See attached copy of the money order(s).

This payment is for the month of June, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 12, 2010

_Urbano Quinones_
Debtor

_Silvia Quinones_
Joint Debtor



```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
```

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.24 |

Sent To: Bank of America
Street, Apt. No.; or PO Box No.: P.O. Box 60456
City, State, ZIP+4: Los Angeles CA 90060-0456

PS Form 3800, August 2006

---

| 00654 | 11-24 | | |
|---|---|---|---|
| Office AU # | 1210(8) | **OFFICIAL CHECK** | 0065404626 |

Operator I.D.: cu001317    cu005073

June 01, 2010

PAY TO THE ORDER OF    ***BANK OF AMERICA ***

***Two thousand seven hundred four dollars and 66 cents***    **$2,704.66**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

Loan # 6981277053
Debtor Silvia Quinones
Chapter 13 case # 6:10-bk-11224-PC

VOID IF OVER US $ 2,704.66

Richard Levy
CONTROLLER

⑈006540462⑈ ⑆121000248⑆4861 50533 7⑈