# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Wednesday, July 14, 2010**　　　　　　　　　　　　　　　　　　**Hearing Room 304**

---

<u>1:31 pm</u>

**6:10-23151**　　Urbano Quinones and Silvia Quinones　　　　　　　　**Chapter 13**
　　#5.00　　　　Hrg. on Confirmation of Chapter 13 Plan

　　　　　　　　(Cont. from 6/16/10)

　　　　　　　　EH_____

　　　　　　　　　　　　　　　　Docket #:

　　　　　　　　　　　　　　　　　　　　　　　J. (Anthony?),
　　　　　　　　　　　　　　　　　　　　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　R. Horwood, BAC

**Matter Notes:**

( ) **Confirmed** per trustee's recommendation　- Plan provisions: % to pay _____

　　　　　　　　　　　　　　　　　　　Duration _____

　　　　　　　　　　　　　　　　　　　Payment $_____

( ) **Objection** to plan:　( ) Withdrawn　( ) Sustained　( ) Overruled

( ) **Case Dismissed**

　　( ) without prejudice　( ) Under § 109(g)

　　( ) if conversion to chapter 7 not filed and fee paid within 10 days

(X) Continued to __Aug. 11, 2010__ at __1:30__ (p.m.)

( ) Off calendar

( ) Other