| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>175497<br>☒ *Attorney for Debtor* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER: 13 |
|---|---|
| In re:<br><br>Urbano Quinones<br><br><br>Silvia Quinones<br><br><br><br>Debtor. | CASE NUMBER 6:10-bk-23151-PC<br><br><br><br>(No Hearing Required) |

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

**DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1(P)**

1. TO*(specify name)*:  Honorable Peter Carroll, Chapter 13 Trustee, and All creditors and its attorneys on records:

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(g)(1), which provides for granting of motions without a hearing. (Check appropriate box below):

   ☒  The full Motion is attached hereto.

   ☐  The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing:** Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: July 27, 2010

L. BISHOP AUSTIN & ASSOCIATES
*Law Firm Name*

By: _____

Name:  L. Bishop Austin 175497
*Attorney for Movant*

Date Notice Mailed: 7-27-2010

December 2009    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 9013-1.2

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Notice of Motion (L.B.R. 9013-1(o)) - *Page 2*                                     F 9013-1.2

| In re<br>Urbano Quinones<br>Silvia Quinones<br><br>Debtor(s) | CHAPTER: 13<br><br>CASE NO.: 6:10-bk-23151-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __7/27/2010__  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2010 | Moises Lopez | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

December 2009    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 9013-1.2

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

URBANO QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

SILVIA QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

URBANO QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

SILVIA QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

BAC HOME LOANS SERVICING, LP
PO BOX 10219
VAN NUYS, CA 91410

BANK OF AMERICA
PO BOX 60456
LOS ANGELES, CA 90060

BANK OF AMERICA
PO BOX 851001
DALLAS, TX 75285

BANK OF AMERICA, NATIONAL ASSOCIATI
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

CAPITAL MANAGEMENT SERVICES, LP
726 EXCHANGE ST,
SUITE 700
BUFFALO, NY 14210

CENTRAL VILLAGE LLC
16015 PHOENIX DR
HACIENDA HEIGHTS, CA 91745

CHAPTER 13 TRUSTEE RIVERSIDE
ROD DANIELSON
4361 LATHAM ST., STE 270
RIVERSIDE, CA 92501

CITI
PO BOX 6286
SIOUX FALLS, SD 57117

CITICORP CREDIT SERVICES, INC
PO BOX 2695
WATERLOO, IA 50704

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE 19886

HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901

HSBC
PO BOX 60102
CITY OF INDUSTRY, CA 91716

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896

ROSEN AND LOEB
ATTORNEY AT LAW
16000 VENTURA BLVD
STE 1150
ENCINO, CA 91436

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY, CA 91716

TOYOTA MOTOR CREDIT CORP
3200 WEST RAY ROAD
CHANDLER, AZ 85226

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

UNITED CONSUMER FINANCIAL
POBOX 856290
LOUISVILLE, KY 40285

| Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213) 388-2411<br>Email: lbishopbk@yahoo.com<br>California State Bar Number: **175497**<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER **13**<br><br>CASE NUMBER **6:10-bk-23151-PC** |
| In re<br><br>Urbano Quinonez and Silvia Quinones<br><br><br><br><br>Debtor(s). | **DEBTOR'S MOTION FOR<br>AUTHORITY TO SELL<br>REAL PROPERTY<br>UNDER LBR 3015-1 (p)**<br><br>(No Hearing Required) |

Debtor moves this Court for an order authorizing the debtor to sell the real property, described below, pursuant to the terms and conditions described herein. **This is a Short-sale transaction.**

1. Debtor's Chapter 13 Plan (the "Plan") was confirmed on:    **Pending confirmation on August 11, 2010 at 01:30 pm**

2. Debtor wishes to Sell the real property (the "Property") located at:
    **12029 Clora Pl.,
    El Monte, CA 91732**

    The Property is more particularly described in Exhibit "A" attached hereto.

    ☐ Debtor wishes to modify the Plan for early payment of the Plan as described in the *Motion to Modify Plan* submitted by Debtor concurrently with this Motion.

3. The sale price of the Property is $ **215,000.00** .   The following are all of the encumbrances of record against the Property:
    a) $331,795.00    BAC Home Loans Servicing
    b) $
    c) $
    d) **$(116,795.00)    FMV – 1st Deed of trust = ZERO - No equity**
    e) $0.00    Seller's final proceeds (this is a short-sale transaction)

4. After payment of the foregoing encumbrances and all costs of sale:
    ☒ there will remain the approximate sum of $ **ZERO** ; OR
    ☒ no proceeds will remain.

5. ☒ (a) The Chapter 13 Trustee is hereby authorized to make demand upon escrow for sufficient funds to pay off the Plan with a:
    ☐ 100% dividend to unsecured creditors; OR
    ☒ **0.00** % dividend as indicated in the confirmed plan.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                                                        F 3015-1.16

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

| In re: | | CHAPTER 13 |
|---|---|---|
| Urbano Quinonez and Silvia Quinones | | |
| | Debtor(s). | CASE NUMBER 6:10-bk-23151-PC |

After escrow's payment of the encumbrances listed above, any remaining funds shall be paid directly to debtor.
**OR**
☐ (b) The Chapter 13 Trustee is hereby authorized to make demand upon escrow for the balance remaining after escrow's payment of the encumbrances listed above even though the amount is insufficient to pay off the Plan. The sale is for the fair market value of the Property.

6. The escrow is being processed by:
   Escrow company name:   **GREEN FOREST ESCROW**
   Address:               9425 TELEGRAPH RD STE 112
                          PICO RIVERA, CA 90660
   Telephone:             (562)821-2600
   Facsimile:             (562) 821-2606
   Escrow officer:        JOANNA SMITH
   Escrow number:         003898-JS

7. Supporting documents attached to this Motion are:
   a) Exhibit "A" – Legal Description with street address
   b) Exhibit "B" – Escrow Instructions and Documents
   c) Exhibit "C" – Estimated Closing Statement
   d) Exhibit "D" – Schedules I and J of the bankruptcy petition

*(Note – Debtor must provide a certified copy of the escrow closing statement within 14 days of the close of escrow.)*

Dated   JULY 27, 2010

_____                _____
                                                        Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated   JULY 27, 2010
                                                        *Urbano Quinones*
_____                _____
                                                        Debtor

Dated   JULY 27, 2010
                                                        *Silvia Quinones*
_____                _____
                                                        Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
December 2009                                                                                                F 3015-1.16

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy.

Motion to Modify Plan or Suspend Plan Payments - Page 3                                                                F 3015-1.16

| In re: | | CHAPTER 13 |
|---|---|---|
| **Urbano Quinonez and Silvia Quinones** | Debtor(s). | CASE NUMBER: **6:10-bk-23151-PC** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described as  **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   **07/27/2010**    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/27/2010 | Moises Lopez | _/s/ Moises Lopez_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
December 2009                                                                                                      F 3015-1.16

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

| | | |
|---|---|---|
| URBANO QUINONES<br>5245 SADDLEBACK ST<br>MONTCLAIR, CA 91763 | SILVIA QUINONES<br>5245 SADDLEBACK ST<br>MONTCLAIR, CA 91763 | L. BISHOP AUSTIN<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010 |
| | URBANO QUINONES<br>5245 SADDLEBACK ST<br>MONTCLAIR, CA 91763 | SILVIA QUINONES<br>5245 SADDLEBACK ST<br>MONTCLAIR, CA 91763 |
| BAC HOME LOANS SERVICING, LP<br>PO BOX 10219<br>VAN NUYS, CA 91410 | BANK OF AMERICA<br>PO BOX 60456<br>LOS ANGELES, CA 90060 | BANK OF AMERICA<br>PO BOX 851001<br>DALLAS, TX 75285 |
| BANK OF AMERICA, NATIONAL ASSOCIATI<br>AGENT FOR SERVICE OF PROCESS<br>CT CORPORATION SYSTEM<br>818 WEST SEVENTH ST<br>LOS ANGELES, CA 90017 | CAPITAL MANAGEMENT SERVICES, LP<br>726 EXCHANGE ST,<br>SUITE 700<br>BUFFALO, NY 14210 | CENTRAL VILLAGE LLC<br>16015 PHOENIX DR<br>HACIENDA HEIGHTS, CA 91745 |
| CHAPTER 13 TRUSTEE RIVERSIDE<br>ROD DANIELSON<br>4361 LATHAM ST., STE 270<br>RIVERSIDE, CA 92501 | CITI<br>PO BOX 6286<br>SIOUX FALLS, SD 57117 | CITICORP CREDIT SERVICES, INC<br>PO BOX 2695<br>WATERLOO, IA 50704 |
| EQUIFAX CREDIT INFORMATION<br>BANKRUPTCY NOTIFICATION<br>PO BOX 740241<br>ATLANTA, GA 30374 | EXPERIAN<br>BANKRUPTCY NOTIFICATION<br>475 ANTON BLVD<br>COSTA MESA, CA 92626 | FIA CARD SERVICES<br>PO BOX 15726<br>WILMINGTON, DE 19886 |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 6028<br>THE LAKES, NV 88901 | HSBC<br>PO BOX 60102<br>CITY OF INDUSTRY, CA 91716 | JC PENNEY<br>PO BOX 960090<br>ORLANDO, FL 32896 |
| ROSEN AND LOEB<br>ATTORNEY AT LAW<br>16000 VENTURA BLVD<br>STE 1150<br>ENCINO, CA 91436 | SEARS GOLD MASTER CARD<br>PO BOX 6282<br>SIOUX FALLS, SD 57117 | TOYOTA FINANCIAL SERVICES<br>PO BOX 60114<br>CITY OF INDUSTRY, CA 91716 |
| TOYOTA MOTOR CREDIT CORP<br>3200 WEST RAY ROAD<br>CHANDLER, AZ 85226 | TRANS UNION CREDIT BUREAU<br>BANKRUPTCY NOTIFICATION<br>PO BOX 2000<br>CHESTER, PA 19022 | UNITED CONSUMER FINANCIAL<br>POBOX 856290<br>LOUISVILLE, KY 40285 |

|  | FOR COURT USE ONLY |
|---|---|
| Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 6:10-BK-23151PC |
| In re:<br>URBANO QUINONEZ AND SILVIA QUINONES<br><br><br>Debtor(s). | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on _____ as docket entry number _____, recommends:

☐ APPROVAL

☐ APPROVAL on the following conditions:
_____
_____
_____
_____  ☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:
_____
_____
_____  ☐ See attached sheet.

☐ Set for hearing.

Dated: _____        _____
                                                                  Chapter 13 Trustee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                                F 3015-1.13

| In re: | CHAPTER 13 |
|---|---|
| URBANO QUINONEZ AND SILVIA QUINONES | |
| Debtor(s). | CASE NUMBER: 6:10-BK-23151PC |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as TRUSTEE COMMENS ON OR OBJECTION TO DEBTOR MOTION FOR AUTHORITY TO SELL REAL PROPERTY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  _____  _____
Date            Type Name        Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                F 3015-1.13

| In re:                                  | CHAPTER 13                       |
|-----------------------------------------|----------------------------------|
| URBANO QUINONEZ AND SILVIA QUINONES     |                                  |
| Debtor(s).                              | CASE NUMBER:  6:10-BK-23151PC    |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.13