| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☒ Chapter 13 Trustee | ORIGINAL |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER  13<br>CASE NUMBER  10-23151 PC |
| In re:<br><br>QUINONEZ<br><br><br>Debtor(s). | |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☒ DEBTOR'S MOTION FOR AUTHORITY TO SELL FINANCE REAL PROPERTY

The undersigned Chapter 13 Trustee, having reviewed debtor's motion filed on ___7/27/10__ as docket entry number _____34___, recommends:

☒      APPROVE ON THE FOLLOWING CONDITIONS:

*(Debtor seeks to sell real property surrendered in the plan through a "short sale.")*

1. All net proceeds (if any) after payment of costs of sale and encumbrances are pledged to the plan.

*Counsel for debtor to upload an appropriate order via LOU.*

Dated:    August 4, 2010

*Rod Oal*
Rod Danielson, Chapter 13 Trustee

Digitally signed by Rod Danielson
DN: cn=Rod Danielson, o=Central District of California, ou=Riverside Division, email=rod@rodan13.com, c=US
Date: 2010.08.04 14:03:58 -07'00'

| In re: | **URBANO QUINONES** | **Chapter: 13** |
|---|---|---|
| | **SILVIA QUINONES** | |
| | Debtor(s) | Case Number: **6:10-bk-23151-PC** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Trustee Comments** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____8-5-10____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
URBANO QUINONES
SILVIA QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA  91763

Attorney for Debtor
L BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD
STE 1500
LOS ANGELES, CA  90010

☐ Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8-5-10 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS