L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In Re:<br><br>Urbano Quinones and Silvia Quinones<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 6:10-bk-23151-PC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |
|---|---|

I, Urbano Quinones and Silvia Quinones, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On August 03, 2010 I purchased and sent the Chapter 13 Plan Payment $225.00 to my Chapter 13 Trustee **ROD DANIELSON** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 92997, LOS ANGELES, CA 90009.** The amount was $100.00 short my plan payment is $325.00.  Please See attached copy of the money order I send on August 07, 2010 for the pass due payment of the $100.00. This payment is for the month of August, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 10, 2010

*Urbano Quinones*
Debtor

*Silvia Quinones*
Joint Debtor

1



| 00654 | 11-24 | | | |
|---|---|---|---|---|
| Office AU # | 1210(8) | | **PERSONAL MONEY ORDER** | SERIAL #: 0065404884 |
| | | | | ACCOUNT #: 4861-505360 |

Purchaser: SILVIA V QUINONES
Purchaser Account: 7802746565
Operator I.D.: cu005305

August 07, 2010

PAY TO THE ORDER OF

***One hundred dollars and no cents***      **$100.00**

VOID IF OVER US $ 100.00

WELLS FARGO BANK, N.A.      NOTICE TO PURCHASER—IF STOP PAYMENT IS PLACED ON THIS
12488 CENTRAL AVE      INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING      **NON-NEGOTIABLE**
CHINO, CA 91710      PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.
FOR INQUIRIES CALL (480) 394-3122

**Purchaser Copy**

FB004   10224630

---

| 00654 | 11-24 | **PERSONAL MONEY ORDER** | 0065404884 |
|---|---|---|---|
| Office AU # | 1210(8) | | |

Operator I.D.: cu005305

August 07, 2010

PAY TO THE ORDER OF

***One hundred dollars and no cents***      **$100.00**

Loan # 6981277053

WELLS FARGO BANK, N.A.   Debtor: Silvia Quinones      VOID IF OVER US $ 100.00
12488 CENTRAL AVE
CHINO, CA 91710
FOR INQUIRIES CALL (480) 394-3122   Chapter 13 Case # 6:10-bk-23151-PC
                                                                                      Purchaser's Signature

⑆0065404884⑆ ⑈121000248⑈ 4861 505360⑉