# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Wednesday, August 11, 2010**            **Hearing Room 304**

---

1:31 pm

**6:10-23151**   Urbano Quinones and Silvia Quinones      **Chapter 13**

#3.00   Hrg. on Confirmation of Chapter 13 Plan

(Cont. from 7/14/10)

EH____

Docket #:

**Matter Notes:**

(X) **Confirmed** per trustee's recommendation   - Plan provisions: % to pay _4_

Duration _60_

Payment $_____   { 1-2   $30
                  { 3-60  $324

(X) **Objection** to plan:   ( ) Withdrawn   ( ) Sustained   (X) Overruled

( ) **Case Dismissed**

     ( ) without prejudice   ( ) Under § 109(g)

     ( ) if conversion to chapter 7 not filed and fee paid within 10 days

( ) **Continued to** _____ at _____ p.m.

( ) **Off calendar**

( ) **Other**