B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Central District of California

In re   Urbano Quinones
     Silvia Quinones

                             Debtor(s)

Case No.    6:10-bk-23151-PC

Chapter    13

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, _Urbano Quinones_ , the debtor in the above-styled case, hereby certify that on _09/02/2010_ , I completed an instructional course in personal financial management provided by _Black Hills Children's Ranch, Inc._ , an approved personal financial management provider.

Certificate No. (if any): _00437-CAC-DE-012209692_ .

□ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
    □ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
    □ Active military duty in a military combat zone; or
    □ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _Urbano Quinones_
                      Urbano Quinones

Date:   September 3, 2010

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00437-CAC-DE-012209692

Bankruptcy Case Number: 10-23151



00437-CAC-DE-012209692

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 2, 2010</u>, at <u>2:57</u> o'clock <u>PM MDT</u>, <u>Urbano Quinones</u> completed a course on personal financial management given <u>by telephone</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>September 2, 2010</u>          By:   <u>/s/Marie Neill for Damaris Hernandez</u>

Name:  <u>Damaris Hernandez</u>

Title:  <u>Credit Counselor</u>

B23 (Official Form 23) (12/08)

## United States Bankruptcy Court
### Central District of California

In re  Urbano Quinones
       Silvia Quinones

Debtor(s)

Case No.  6:10-bk-23151-PC

Chapter  13

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I,  Silvia Quinones , the debtor in the above-styled case, hereby certify that on  09/02/2010 , I completed an instructional course in personal financial management provided by  Black Hills Children's Ranch, Inc , an approved personal financial management provider.

Certificate No. (if any):  00437-CAC-DE-012209693 .

☐ I, ___, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  *Silvia Quinones*
                      Silvia Quinones

Date:  September 3, 2010

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 00437-CAC-DE-012209693

Bankruptcy Case Number: 10-23151



00437-CAC-DE-012209693

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2010, at 2:57 o'clock PM MDT, Silvia V. Quinones completed a course on personal financial management given by telephone by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:    September 2, 2010                    By:    /s/Marie Neill for Damaris Hernandez

                                             Name:    Damaris Hernandez

                                             Title:    Credit Counselor