1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939
   Fax (213)388-2411
4  Email: lbishopbk@yahoo.com
   Attorney for Debtor(s)
5

6               UNITED STATES BANKRUPTCY COURT

7       CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION

8
   | In Re: | CHAPTER 13 |
9  | | CASE NO. 6:10-BK-23151-PC |
   | URBANO QUINONES AND SILVIA QUINONES | |
10 | | DECLARATION IN RE: NO RESPONSE |
   | | OF OPPOSITION TO THE DEBTOR'S |
11 | Debtor(s) | MOTION FOR AUTORITY TO SELL |
   | | REAL ESTATE PROPERTY UNDER LBR |
12 | | 3015-1(p) |

13
14  TO ALL INTERESTED PARTIES:

15  Debtor Urbano Quinones and Silvia Quinones hereby declares as follows:

16  1.- On 07/27/2010 Docket # 34, I filed a Notice of Motion and Motion under Local Bankruptcy
17  Rule 9013-1(g)(1) DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL ESTATE PROPERTY.
    Copy of the Notice and Motion and proof of service is attached herein as exhibit "A"

18  2.- On 07/27/2010 Docket # 34 above Notice and Motion was served on Chapter 13 Trustee, and
19  on the interested parties. Copy of the Proof of Service is part of the exhibit "A".

20  3.- Any of the parties has not served with an opposition to the Motion within the time allowed, or
21  has otherwise failed to comply with provisions of Local Rule 9013-1(7) or any other applicable law.

22  I declare under penalty of perjury under the Laws of The United States of America, that the
23  foregoing is true and correct.

24  Dated: 09/10/2010                    Respectfully submitted,

25                                       _____
                                         Urbano Quinones     Silvia Quinones
26
27
28

                                         1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3200 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described as <u>DECLARATION IN RE: NO RESPONSE OF OPPOSITION TO THE DEBTOR'S MOTION FOR AUTORITY TO SELL REAL ESTATE PROPERTY UNDER LBR 3015-1(p)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 09/10/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Chapter 13 Trustee: notice-efile@rodan13.com
UST (RS) : ustpregion16.rs.ecf@usdoj.gov
Lee S Raphael: cmartin@pprlaw.net
Kerry A. Moynihan: Kerry@mclaw.org

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 09/10/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**XX** Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/10/2010 | Moises Lopez | _/s/ Moises Lopez_ |
|---|---|---|
| Date | Type Name | Signature |

2

URBANO QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

SILVIA QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

URBANO QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

SILVIA QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

BAC HOME LOANS SERVICING, LP
PO BOX 10219
VAN NUYS, CA 91410

BANK OF AMERICA
PO BOX 60456
LOS ANGELES, CA 90060

BANK OF AMERICA
PO BOX 851001
DALLAS, TX 75285

BANK OF AMERICA, NATIONAL
ASSOCIATI
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

CAPITAL MANAGEMENT SERVICES, LP
726 EXCHANGE ST,
SUITE 700
BUFFALO, NY 14210

CENTRAL VILLAGE LLC
16015 PHOENIX DR
HACIENDA HEIGHTS, CA 91745

CHAPTER 13 TRUSTEE RIVERSIDE
ROD DANIELSON
4361 LATHAM ST., STE 270
RIVERSIDE, CA 92501

CITI
PO BOX 6286
SIOUX FALLS, SD 57117

CITICORP CREDIT SERVICES, INC
PO BOX 2695
WATERLOO, IA 50704

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE 19886

HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901

HSBC
PO BOX 60102
CITY OF INDUSTRY, CA 91716

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896

ROSEN AND LOEB
ATTORNEY AT LAW
16000 VENTURA BLVD
STE 1150
ENCINO, CA 91436

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY, CA 91716

TOYOTA MOTOR CREDIT CORP
3200 WEST RAY ROAD
CHANDLER, AZ 85226

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

UNITED CONSUMER FINANCIAL
POBOX 856290
LOUISVILLE, KY 40285