| `Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. BISHOP AUSTIN, SBN 175497<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD.,STE 1500<br>LOS ANGELES, CA 90010<br>(T) 213-388-4939<br>(F) 213-388-2411<br>(E) lbishopbk@yahoo.com<br><br>☒ Attorney for Debtor(s)<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>SEP 14 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** badraun **DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 6:10-bk-23151-CB |
| In re:<br><br>Urbano Quinones and Silvia Quinones<br><br><br><br><br><br>Debtor(s). | (No Hearing Required) |

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

Based on Debtor's Motion filed on 07/27/2010 as docket entry number 34 and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☐  GRANTED            ☐  DENIED

☒  GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐  GRANTED on the following conditions:
_____
_____
_____
_____

*(This Order is continued on the next page.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 3015-1.14**

| In re:<br>Urbano Quinones and Silvia Quinones | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-bk-23151-CB |

☐ Set for Hearing on _____ at _____.

### ###

DATED: September 14, 2010

_____
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

Case 6:10-bk-23151-CB   Doc 48   Filed 09/14/10   Entered 09/14/10 09:21:17   Desc
Main Document    Page 3 of 6
Order on Chapter 13 Debtor's Motion – *Page 3*

F 3015-1.14

| In re:<br>Urbano Quinones and Silvia Quinones | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-bk-23151-CB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described **Debtor's motion for authority to Sell real property** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __09/10/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/10/2010 | Moises Lopes | */s/ Moises Lopez* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 4*    F 3015-1.14

| In re:<br>Urbano Quinones and Silvia Quinones | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-bk-23151-CB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

URBANO QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

SILVIA QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

BAC HOME LOANS SERVICING, LP
PO BOX 10219
VAN NUYS, CA 91410

BANK OF AMERICA
PO BOX 60456
LOS ANGELES, CA 90060

BANK OF AMERICA
PO BOX 851001
DALLAS, TX 75285

BANK OF AMERICA, NATIONAL ASSOCIATI
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

CAPITAL MANAGEMENT SERVICES, LP
726 EXCHANGE ST,
SUITE 700
BUFFALO, NY 14210

CENTRAL VILLAGE LLC
16015 PHOENIX DR
HACIENDA HEIGHTS, CA 91745

CHAPTER 13 TRUSTEE RIVERSIDE
ROD DANIELSON
4361 LATHAM ST., STE 270
RIVERSIDE, CA 92501

CITI
PO BOX 6286
SIOUX FALLS, SD 57117

CITICORP CREDIT SERVICES, INC
PO BOX 2695
WATERLOO, IA 50704

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE 19886

HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901

HSBC
PO BOX 60102
CITY OF INDUSTRY, CA 91716

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896

ROSEN AND LOEB
ATTORNEY AT LAW
16000 VENTURA BLVD
STE 1150
ENCINO, CA 91436

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY, CA 91716

TOYOTA MOTOR CREDIT CORP
3200 WEST RAY ROAD
CHANDLER, AZ 85226

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

UNITED CONSUMER FINANCIAL
POBOX 856290
LOUISVILLE, KY 40285

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

| In re:<br>Urbano Quinones and Silvia Quinones | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-bk-23151-CB |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)   Debtor motion for authority to sell real property   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   09/10/2010  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Chapter 13 Trustee: notice-efile@rodan13.com
US Trustee (RS): ustpregion16.rs.ecf@usdoj.gov
Joe M Lozano: notice@NBSDefaultServices.com
Kerry A Moynihan: Kerry@mclaw.org
Lee S Raphael: cmartin@pplaw.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14

Case 6:10-bk-23151-CB    Doc 48    Filed 09/14/10    Entered 09/14/10 09:21:17    Desc
Main Document    Page 6 of 6
Order on Chapter 13 Debtor's Motion – *Page 6*

F 3015-1.14

| In re:<br>Urbano Quinones and Silvia Quinones | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 6:10-bk-23151-CB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

URBANO QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

SILVIA QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

BAC HOME LOANS SERVICING, LP
PO BOX 10219
VAN NUYS, CA 91410

BANK OF AMERICA
PO BOX 60456
LOS ANGELES, CA 90060

BANK OF AMERICA
PO BOX 851001
DALLAS, TX 75285

BANK OF AMERICA, NATIONAL ASSOCIATI
AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

CAPITAL MANAGEMENT SERVICES, LP
726 EXCHANGE ST,
SUITE 700
BUFFALO, NY 14210

CENTRAL VILLAGE LLC
16015 PHOENIX DR
HACIENDA HEIGHTS, CA 91745

CHAPTER 13 TRUSTEE RIVERSIDE
ROD DANIELSON
4361 LATHAM ST., STE 270
RIVERSIDE, CA 92501

CITI
PO BOX 6286
SIOUX FALLS, SD 57117

CITICORP CREDIT SERVICES, INC
PO BOX 2695
WATERLOO, IA 50704

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE 19886

HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901

HSBC
PO BOX 60102
CITY OF INDUSTRY, CA 91716

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896

ROSEN AND LOEB
ATTORNEY AT LAW
16000 VENTURA BLVD
STE 1150
ENCINO, CA 91436

SEARS GOLD MASTER CARD
PO BOX 6282
SIOUX FALLS, SD 57117

TOYOTA FINANCIAL SERVICES
PO BOX 60114
CITY OF INDUSTRY, CA 91716

TOYOTA MOTOR CREDIT CORP
3200 WEST RAY ROAD
CHANDLER, AZ 85226

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

UNITED CONSUMER FINANCIAL
POBOX 856290
LOUISVILLE, KY 40285

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 3015-1.14