# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  URBANO QUINONES
        SILVIA QUINONES
        5245 SADDLEBACK ST
        MONTCLAIR, CA 91763

IN THE MATTER OF:
URBANO QUINONES
5245 SADDLEBACK ST
MONTCLAIR, CA 91763

DATE: 11/1/2010
Case No. 6:10-bk-23151-CB

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|    | L BISHOP AUSTIN & AS | $2,000.00 | NOT FILED |  |  | 0 |
| 05 | ECAST SETTLEMENT COR | $5,615.00 | $6,257.86 | 6740 | U | 1 |
|    | Capital Management S | $730.00 | NOT FILED | 3059 | U | 2 |
| 02 | NATIONAL CAPITAL MAN | $6,290.00 | $6,468.98 | 5549 5623 | U | 3 |
| 03 | PORTFOLIO RECOVERY A | $1,020.00 | $1,018.28 | 8511 | U | 4 |
|    | HSBC | $80.00 | NOT FILED | 4345 | U | 5 |
| 04 | PORTFOLIO RECOVERY A | $185.00 | $214.33 | 1501 | U | 6 |
| 08 | LVNV FUNDING LLC | $1,000.00 | $10,168.01 | 7260 | U | 7 |
|    | United Consumer Fina | $500.00 | NOT FILED | 4129 | U | 8 |
| 09 | BAC HOME LOAN SERVIC | $331,795.00 | $367,854.03 | 5961 | S | 9 |
|    | BANK OF AMERICA | $8,900.00 | NOT FILED | 7053 | E | 10 |
| 06 | BAC HOME LOAN SERVIC | NOT SCHEDULED | $1,283.85 | 4977 | E | 11 |
|    | Central Village LLC | $110,000.00 | NOT FILED |  | U | 12 |
| 01 | TOYOTA MOTOR CREDIT | $8,563.54 | $570.78 | 002-70144519 | D | 13 |
| 07 | WORLDWIDE ASSET PURC | NOT SCHEDULED | $4,815.73 | 9544 |  | 14 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:10-bk-23151-CB**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:    11/1/2010

_____/s/_____
               PAULETTE ROSELI


PROOF OF SERVICE

    I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 11/1/2010 at Riverside, California.

_____/s/_____
               PAULETTE ROSELI


```
URBANO QUINONES                      L BISHOP AUSTIN & ASSOCIATES
5245 SADDLEBACK ST                   3250 WILSHIRE BLVD
MONTCLAIR, CA   91763                STE 1500
                                     LOS ANGELES, CA   90010
```